O-send

FILED
CLERK, U.S. DISTRICT COURT

JUL 9 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR 10-1335 DMG |
| Plaintiff, ) | ORDER OF DETENTION |
| vs ) | [Fed. R. Crim. P. 32.1(a)(6); |
| Juan Osmara Galvez-Aleman, ) | 18 U.S.C. § 3143(a)] |
| Defendant. ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of Cal for alleged violation(s) of the terms and conditions of his/her [~~probation~~] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _See PSA report_

1
2
3
4    and/or
5 B.  (✓) The defendant has not met his/her burden of establishing by
6    clear and convincing evidence that he/she is not likely to pose
7    a danger to the safety of any other person or the community if
8    released under 18 U.S.C. § 3142(b) or (c). This finding is based
9    on: _See PSA report_
10
11
12
13
14   IT THEREFORE IS ORDERED that the defendant be detained pending
15   the further revocation proceedings.
16
17   Dated: _July 7, 2012_
18
19
20                                          UNITES STATES MAGISTRATE JUDGE